UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　) Case No. MJ 11-69<br>　　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>MARCELO VEGA-HERNANDEZ, 　　) DETENTION ORDER<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　)<br>_____ ) | |

<u>Offenses charged</u>:

　　Conspiracy to Distribute 100 Grams or More of Heroin,, in violation of 21 U.S.C. § 841 (a)(1) (b)(1)(B) and 846.

<u>Date of Detention Hearing</u>: February 24, 2011.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　1.　　There is a rebuttable presumption of detention, based on the charge filed.

　　2.　　Defendant is a citizen of Mexico, and an Immigration and Customs Enforcement detainer against defendant has been lodged.

　　3.　　Defendant has stipulated to detention, but reserves the right to contest his continued detention when he makes his initial appearance in the U.S. District

DETENTION ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　15.13
18 U.S.C. § 3142(i)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 1/91
PAGE 1

Court for the District of Alaska.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the U.S. District Court, District of Alaska and shall be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of February, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge